

**FILED**
OCT 12 2016

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-10038 |
| Plaintiff, | INDICTMENT |
| vs. | ASSAULT WITH A DANGEROUS WEAPON and ASSAULT RESULTING IN SERIOUS BODILY INJURY |
| CHRISTOPHER PLENTY CHIEF, | |
| Defendant. | 18 U.S.C. §§ 1153, 113(a)(3), and 113(a)(6) |

The Grand Jury Charges:

### COUNT I

On or about the 10th day of January, 2014, at Wakpala, in Corson County, in Indian country, in the District of South Dakota, Christopher Plenty Chief, an Indian, did unlawfully assault Lindsey Rough Surface with a dangerous weapon, that is, shod feet, with intent to do bodily harm to Lindsey Rough Surface, in violation of 18 U.S.C. §§ 1153 and 113(a)(3).

### COUNT II

On or about the 10th day of January, 2014, at Wakpala, in Corson County, in Indian country, in the District of South Dakota, Christopher Plenty Chief, an Indian, did unlawfully assault Lindsey Rough Surface, and said assault resulted in serious bodily injury, in violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

**NAME REDACTED**

Foreperson

RANDOLPH J. SEILER
United States Attorney


By: _____